WILLIAM H. DUSENBURY, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 25817.)

Argued January 12, 1944; decided March 2, 1944.

*Joseph P. Keenan* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Herman F. Nehlsen* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.